IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRZYSZTOF F. WOLINSKI,

      Plaintiff,                        No. 2:12-cv-1644 WBS EFB P

    vs.

RAFAEL MIRANDA, et al.,

      Defendants.                    FINDINGS AND RECOMMENDATIONS

                               /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). *See* 28 U.S.C. § 636.

       On October 29, 2012, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and informed plaintiff that he could proceed on his Eighth Amendment claim against defendant Miranda, or alternatively, that he could amend his complaint to attempt to cure the complaint's deficiencies, which were identified for plaintiff in the order. Dckt. No. 8. That order warned plaintiff that failure to comply would result in a recommendation that this action be dismissed. Despite a lengthy extension of time, Dckt. No. 13, plaintiff has neither submitted the documents to effect service of process on defendant Miranda nor submitted an amended complaint. Plaintiff has failed to comply with the court's order.

Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to prosecute.  Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 25, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE